UNITED STATES of America,
Plaintiff—Appellee,

v.

Jerome PIGFORD, Defendant—
Appellant.

No. 09–6262.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 5, 2009.

Jerome Pigford, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Pigford appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pigford,* No. 7:00–cr–00133–F–2 (E.D.N.C. Feb. 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*